**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
MAZUMA HOLDING CORP.

                Plaintiff,

      -against-

STEVEN H. BETHKE, HERBERT H. PRATT, GRAHAM R. WILLIAMS, and ZICIX CORPORATION,

                Defendants.
-------------------------------------------------------X

CV 13-6458 (ADS) (GRB)

**NOTICE OF CERTAIN DEFENDANTS' MOTION TO STAY PROCEEDING UNDER THE COLORADO RIVER DOCTRINE, OR IN THE ALTERNATIVE, TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(A)**

      PLEASE TAKE NOTICE that Defendants Graham R. Williams and Zicix Corporation hereby move this Court to issue an order staying this proceeding under the Colorado River doctrine, or in the alternative, transferring venue pursuant to 28 U.S.C. § 1404(a) on the grounds, inter alia, that there is a parallel action pending in Texas. The grounds for this motion are set forth in the Memorandum of Law in Support of Certain Defendants' Motion to Stay Proceeding Under the Colorado River Doctrine, or in the Alternative, to Transfer Venue Pursuant to 28 U.S.C. § 1404(A) and the accompanying Declarations of Nelson S. Ebaugh, Herbert H. Pratt, and Graham R. Williams.

1

Dated: Houston, Texas
December 31, 2013

           Respectfully submitted,

           /s/ Nelson S. Ebaugh
           Nelson S. Ebaugh (admitted *pro hac vice*)
           NELSON S. EBAUGH, P.C.
           2777 Allen Parkway, Suite 1000
           Houston, TX 77019
           Ph    (713) 752-0700
           Fax   (713) 739-0500
           nebaugh@ebaughlaw.com

           *Counsel for Defendants Graham R.*
           *Williams and Zicix Corporation*

TO:    Richard S. Naidich, Esq.
        Naidich Wurman Birnbaum & Maday, LLP
        80 Cuttermill Road, Suite 410
        Great Neck, NY 11021
        Ph   (516) 498-2900

        *Counsel for Plaintiff*
        *Mazuma Holding Corp.*