| UNITED STATES DISTRICT COURT | CIVIL CONFERENCE |
| EASTERN DISTRICT OF NEW YORK | MINUTE ORDER |

BEFORE: GARY R. BROWN
       U.S. MAGISTRATE JUDGE

DATE: 6/18/2014
TIME: 2:00 PM

CASE: **CV 13-6458 (ADS) (GRB)** Mazuma Holding Corp. V. Bethke

TYPE OF CONFERENCE: Settlement Conference

APPEARANCES:  Plaintiff    Allen Lowenson, Richard Naidich

                 Defendant    Nelson Ebaugh

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 18 2014 ★
LONG ISLAND OFFICE

**THE FOLLOWING RULINGS WERE MADE:**

☐ Scheduling Order entered.

☐ Settlement conference scheduled for ___ in courtroom 840 of the Long Island Courthouse. Counsel shall comply with the undersigned's individual rules on settlement.

☐ Proposed settlement pending: By __, each party shall notify the court by *ex parte* letter to chambers at (631) 712-5705 whether it accepts or rejects the proposed settlement. These letters will be kept confidential.

☐ The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial.

☒ Other: Settlement reached and placed on the record. Stipulation of discontinuance shall be filed by June 27, 2014.

*Case Closed subject to the terms of the Settlement agreement.*

SO ORDERED

/s/ Gary R. Brown
GARY R. BROWN
United States Magistrate Judge

s/ Arthur D. Spatt
U.S.D.J.    6/19/14